# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Jeanette Adams<br><br>    Plaintiff,<br><br>v.<br><br>Central Credit Services, Inc.<br><br>    Defendant. | CASE NO.: 1:07-cv-06902<br><br>JUDGE: Aspen<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Now come the parties, by and through counsel, and hereby dismiss the present action with prejudice pursuant to Fed. R. 41(a)(1)(ii).


RESPECTFULLY SUBMITTED,

| | |
|---|---|
| Legal Helpers, P.C. | Messer & Stilp, Ltd. |
| By: s/Timothy J. Sostrin | By: s/with consent of J. Michael True |
| Timothy J. Sostrin (Atty. No. 6290807) | J. Michael True (Atty. No. 6279941) |
| 233 S. Wacker, Suite 5150 | 166 W. Washington, Suite 300 |
| Chicago, IL 60606 | Chicago, IL 60602 |
| Telephone: 1.866.339.1156 | Telephone: 312-334-3476 |
| tjs@legalhelpers.com | true@messerstilp.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2008, a copy of the foregoing Stipulation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

J. Michael True
MESSER & STILP, LTD.
true@messerstilp.com

Joseph Shaw Messer
MESSER & STILP, LTD.
messer@messerstilp.com

                                                                         s/Timothy J. Sostrin